497 A.2d 609

**Gerald L. MORGAN, Respondent,**

**v.**

**MONESSEN SOUTHWESTERN RAILWAY COMPANY, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 29, 1985.

Petition for Allowance of Appeal GRANTED, No. 63 W.D. Appeal Docket 1985.